LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

SEP - 1 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00042 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **IMPROPER ENTRY BY ALIEN** |
| ) | [8 U.S.C. § 1325 (a)(1) & (2)] |
| ) | (Misdemeanor) |
| SU HUA YIN, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 24, 2005, in the District of Guam, the defendant herein, SU HUA YIN, an alien, did unlawfully and knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers, and did elude examination and

//
//
//
//

inspection by immigration officers, all in violation of Title 8, United States Code, §§ 1325(a)(1) & (2).

RESPECTFULLY SUBMITTED this 1st day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **MG 05-00042**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __X__ No

Defendant Name _____SU HUA YIN_____

Alias Name _____

Address _____

Birthdate _1977_ SS# ____ Sex _F_ Race _A_ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

Interpreter: ____ No __X__ Yes   List language and/or dialect: **Mandarin**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC § 1325(a)(1)&(2) | Improper Entry by Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _9/2/05_   Signature of AUSA: _Karon V. Johnson_

**RECEIVED SEP - 2 2005**
DISTRICT COURT OF GUAM
HAGATNA, GUAM