```
Yin.war
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334
```

FILED
DISTRICT COURT OF GUAM

SEP 02 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00042 |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| SU HUA YIN, ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that a Warrant for Arrest for the above-named defendant be issued and that the defendant be arrested based on the United States' Application for a Warrant of Arrest.

DATED this 2 day of September, 2005.

S.J OT

~~JOAQUIN V.E. MANIBUSAN, JR.~~
~~Magistrate Judge~~
~~District Court of Guam~~   S. JAMES OTERO
S. JAMES OTERO
District Judge