AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

U.S. MARSHALS - GUAM
RECEIVED

-2 SEP 2005 14 00 01

UNITED STATES OF AMERICA

V.

**SU HUA YIN**

**WARRANT FOR ARREST**

Case Number: **MG-05-00042**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to     **SU HUA YIN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    **X** Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**IMPROPER ENTRY BY ALIEN**

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2005
MARY L.M. MORAN
CLERK OF COURT

in violation of Title    **8**    United States Code, Section(s)    **1325(a)(1) & (2)**

**LEILANI R. TOVES HERNANDEZ**      /s/ Hernandez
Name of Issuing Officer      Signature of Issuing Officer

**DEPUTY CLERK, DISTRICT COURT OF GUAM**      **SEPTEMBER 2, 2005; HAGATNA, GUAM**
Title of Issuing Officer      Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

SIRENA PLAZA, AGANA, GUAM

| DATE RECEIVED 9-7-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-7-05 | NICHOLAS F. HARTY, SA | /s/ Nick F.H. |