ORIGINAL

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

Attorney for Defendant
SU HUA YIN

FILED
DISTRICT COURT OF GUAM
SEP - 8 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SU HUA YIN, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. 05-00042 <br><br> EX PARTE MOTION FOR APPOINTMENT OF NON-LEGAL ASSISTANCE PURSUANT TO 18 U.S.C. §3006A(e) ~~AND ORDER OF AN INTERPRETER~~ |

COMES NOW, Defendant, **SU HUA YIN**, by and through its Court appointed counsel, **CYNTHIA V. ECUBE, ESQ.**, and hereby moves this Honorable Court for an Order appointing a Interpreter pursuant to 18 U.S.C. §3006A(e). Defendant **SU HUA YIN** submits that he is indigent, and is therefore unable to pay for such services. Defendant **SU HUA YIN** further submits that Defendant's Motion is based on Defendant's Affidavit of Financial Information, and all the pleadings and records filed with the Court, herein.

Dated this 7th day of September, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

# CERTIFICATE OF SERVICE

I, **GENEVIEVE MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 8th day of September, 2005, I caused to be served by facsimile and personal service a copy of the "Ex Parte Motion For Appointment Of Non-Legal Assistance Pursuant to 18 U.S.C. §3006A(e) and Order Of An Interpreter" in Magistrate Case No. : **05-00042**.

**KARON JOHNSON**, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary

CVE/gpm
L:\My Documents\CLIENTS\CVE-CLIENTS\Yin, Su Hua\Motion for Interpreter.