FILED

DISTRICT COURT OF GUAM

SEP - 8 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00042** |
| Plaintiff, | |
| vs. | O R D E R |
| **SU HUA YIN,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **CYNTHIA ECUBE** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 7, 2005.

Dated this 8th day of September, 2005.

_____
S. JAMES OTERO, Designated Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL