# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

                Plaintiff,

        vs.

Su Hua Yin,

              Defendant.

Case No. 1:05-mj-00042

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order of Detention Pending Trial, filed September 8, 2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *Cynthia V. Ecube* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *September 9, 2005* | *September 9, 2005* | *September 9, 2005* | *September 9, 2005* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Order of Detention Pending Trial, filed September 8, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 12, 2005

                        /s/ Virginia T. Kilgore
                        Deputy Clerk