LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
SU HUA YIN

FILED
DISTRICT COURT OF GUAM
SEP 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. SU HUA YIN, *Defendant.* | Magistrate Case No. 05-00042 MOTION FOR RECONSIDERATION FOR APPOINTMENT OF NON-LEGAL ASSISTANCE PURSUANT TO 18 U.S.C. §3006A(e) |

ORIGINAL

**COMES NOW**, Defendant, **SU HUA YIN**, by and through its Court appointed counsel, **CYNTHIA V. ECUBE, ESQ.**, and hereby moves this Honorable Court for reconsideration regarding an Order appointing a Interpreter pursuant to 18 U.S.C. §3006A(e). On or about the 8th day of September, 2005, Defendant appeared in open Court. At the hearing, Defendant, through the assistance of a Chinese (Mandarin) interpreter, stated on the record that she spoke and understood Mandarin Chinese dialect. Counsel appointed for Defendant inquired in English whether Defendant spoke or could understand the English language. Defendant was unable to respond, and Therefore, it appeared that Defendant was unable to communicate in the English language.

Defendant **SU HUA YIN** submits that she is indigent, and is therefore unable to pay for such services. Defendant **SU HUA YIN** further submits that Defendant's Motion is based on Defendant's Affidavit of Financial Information, and all the pleadings and records filed with the Court, herein.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P. C.
*U. S. A v. Su Hua Yin; Magistrate Case No. 05-00042;*
*Motion for Reconsideration for Appointment of Interpreter; Page 2.*

Dated this 9th day of September, 2005.

**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*

By: ______________________________
**CYNTHIA V. ECUBE, ESQ.**
*Attorney for Defendant*

*CVE/gpm*
*L:My Documents\CLIENTS\CVE-CLIENTS\Yin, Su Hua\Motion for Reconsideration for Interpreter.*

## CERTIFICATE OF SERVICE

I, **GENEVIEVE MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 9th day of September, 2005, I caused to be served by facsimile and personal service a copy of the "Motion For Reconsideration for Appointment Of Non-Legal Assistance Pursuant to 18 U.S.C. §3006A(e) in Magistrate Case No. : **05-00042**.

**KARON JOHNSON,** Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

Legal Secretary