LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
SU HUA YIN

**FILED**
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 05-00042 |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] ORDER REGARDING RECONSIDERATION OF APPOINTMENT OF LEGAL ASSISTANCE PURSUANT TO 18 U.S.C. §3006A(e) FOR INTERPRETER |
| SU HUA YIN, | ) | |
| Defendant. | ) | |

THIS MATTER HAVING come before the Court upon the Motion of the Defendant, and for good cause appearing therefrom;

**IT IS HEREBY ORDERED** that Defendant shall be permitted to obtain the services of an interpreter to assist Defense counsel in the above referenced criminal matter pursuant to 18 U.S.C. §3006A(e); Further, that said services are subject to the limit that such expense shall not exceed the sum of One Thousand Dollars ($1,000.00) without further Order of the Court.

SO ORDERED: *nunc pro tunc*, this 15th day of September, 2005.

_____
JUDGE, DISTRICT COURT OF GUAM

**ORIGINAL**

CVE/gbm
L:\My Documents\CLIENTS\CVE-CLIENTS\Yin, Su Hua\Order for Interpreter

RECEIVED SEP 14 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM