LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
SU HUA YIN

FILED
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE ~~CRIMINAL~~ CASE NO. 05-00042 |
| Plaintiff, | |
| vs. | DEFENDANT YIN'S NOTICE AND REQUEST TO CHANGE HER PLEA FROM "NOT GUILTY" TO "GUILTY" |
| SU HUA YIN, | |
| Defendant. | |

COMES NOW, Defendant, **SU HUA YIN**, by and through her Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.**, and hereby moves this Honorable Court to set a hearing date in order to allow Defendant **SU HUA YIN** to change her plea from "not guilty" to "guilty".

Dated this 4th of October, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: _____
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I, **GENEVIEVE MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 4th day of October, 2005, I caused to be served by facsimile and personal service a copy of " Defendant Yin's Notice and Request to Change of Plea and Order for Change of Plea Hearing" in Criminal Case No. to: **05-00042**.

**KARON JOHNSON**, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary