LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
SU HUA YIN

**FILED**
DISTRICT COURT OF GUAM
OCT - 5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE ~~CRIMINAL~~ CASE NO. 05-00042 |
| Plaintiff, | |
| vs. | ORDER REGARDING CHANGE OF PLEA HEARING |
| SU HUA YIN, | |
| Defendant. | |

THIS MATTER HAVING come before the Court upon notice and request from the Defendant, and for good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the Change of Plea hearing in the above-entitled criminal matter shall be scheduled on **October 7**, 2005 at **10:15 A** M.

SO ORDERED on this **5th**, day of **October**, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

RECEIVED
OCT - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL