LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

Attorney for Defendant
SU HUA YIN

**FILED**
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SU HUA YIN, ) <br> ) <br> Defendant. ) <br> _____) | MAGISTRATE CASE NO. 05-00042 <br><br> DEFENDANT YIN'S 2nd NOTICE AND REQUEST TO CHANGE HER PLEA FROM "NOT GUILTY" TO "GUILTY" |

**COMES NOW**, Defendant, **SU HUA YIN**, by and through her Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.**, and hereby moves this Honorable Court to set a hearing date in order to allow Defendant **SU HUA YIN** to change her plea from "not guilty" to "guilty".

The reason for the second request is the undersigned counsel was unavailable to attend the previously scheduled hearing.

Dated this 7th day of October, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, GENEVIEVE MESA, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 4th day of October, 2005, I caused to be served by facsimile and personal service a copy of " Defendant Yin's Notice and Request to Change of Plea and Order for Change of Plea Hearing" in Magistrate Case No. to: 05-00042.

KARON JOHNSON, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary

CVE/gpm
L:\CVE\CLIENTS\Yin, 05-00042\Notice to Change to Guilty Plea 2 10.07.05