```
1  LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
   A Professional Corporation
2  207 Martyr Street, Suite 3
3  Hagåtña, Guam 96910
   Telephone: (671) 472-8889/922-8889
4  Telecopier: (671) 472-8890
   Email Address: ecubelaw@netpci.com
5
6  Attorney for Defendant
   SU HUA YIN
```

FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00042 |
|---|---|
| Plaintiff, | ) |
| vs. | ) AMENDED ORDER |
| SU HUA YIN, | ) REGARDING CHANGE OF |
|  | ) PLEA HEARING |
| Defendant. | ) |

THIS MATTER HAVING come before the Court upon notice and request from the Defendant, and for good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the Change of Plea hearing in the above-entitled criminal matter shall be scheduled on _Tuesday, October 18_, 2005 at _10 A_. M.

SO ORDERED on this _7th_, day of _October_, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

RECEIVED
OCT - 7 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CVE/gpm
L:\CVE CLIENTS\Yin, Su Hua\Order Re Change of Plea Hearing 10.07.05

Case 1:05-mj-00042   Document 17   Filed 10/07/2005   Page 1 of 1