IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00042　　　DATE: 10/18/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　　Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles　　　Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:21:06 - 10:38:05　　　CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: SU HUA YIN**　　　**ATTY: CYNTHIA ECUBE**
( X ) PRESENT　( X ) CUSTODY　( ) BOND　( ) P.R.　　　( X ) PRESENT　( ) RETAINED　( X ) FPD　( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON　　　AGENT:

U.S. PROBATION: JOHN SAN NICOLAS　　　U.S. MARSHAL: V. ROMAN

INTERPRETER:　FOO MEE CHUN CLINARD, Previously Sworn　　　LANGUAGE:　CHINESE

**PROCEEDINGS:　CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 29　HIGH SCHOOL COMPLETED: 8 YEARS
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE　( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*　( ) *NOT GUILTY* - TO: IMPROPER ENTRY BY AN ALIEN
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: NO WRITTEN PLEA AGREEMENT　PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: FEBRUARY 6, 2006　at　1:45 P.M.　( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: DECEMBER 12, 2005　LODGE WITH COURT: JANUARY 20, 2006
( ) PRELIMINARY EXAMINATION SET FOR:_____
( ) ARRAIGNMENT SET FOR:_____ at _____
( ) TRIAL SET FOR:_____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Defendant pled guilty without a written plea agreement.**