LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
**SU HUA YIN**

FILED
DISTRICT COURT OF GUAM
JAN 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> SU HUA YIN, <br><br> *Defendant.* | MAGISTRATE CASE NO. 05-00042 <br><br> DEFENDANT YIN'S STATEMENT ADOPTING FINDINGS OF THE PSI REPORT |

## I. INTRODUCTION

**COMES NOW**, Defendant, **SU HUA YIN**, by and through her Court appointed counsel fo record, **CYNTHIA V. ECUBE, ESQ.** with the **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P.C.**, and hereby submits its Statement Adopting the Findings of final Pre-Sentence Investigation Report (hereinafter "PSI Report") filed in the above-entitled criminal matter, herein.

Dated this 23rd day of January, 2006.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary with the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 23rd day of January, 2006, I caused to be served via facsimile a copy of "Defendant **YIN'S** Statement Adopting the Findings of the Pre-Sentence Investigation Report" in Criminal Case No. Magistrate Case No. 05-00042, to:

**KARON JOHNSON**, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910

and to,

**MARIA C. CRUZ**
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

_____
GENEVIEVE P. MESA

CVE/gpm
L:\CVE-CLIENTS\Yin, 05-00042a\Statement Adopting Findings of PSI Report.wpd
Case 1:05-mj-00042   Document 22   Filed 01/23/2006   Page 2 of 2