IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00042 |
| Plaintiff, | ) | |
| vs. | ) | |
| SU HUA YIN, | ) | ORDER |
| Defendant. | ) | |

Due to the scheduling needs of the Court, the sentencing hearing, presently set for February 6, 2006, is hereby moved to Friday, February 3, 2006 at 10:00 a.m.

SO ORDERED this 24th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

FILED
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

Case 1:05-mj-00042   Document 23   Filed 01/24/2006   Page 1 of 1