# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Su Hua Yin,<br><br>        Defendant. | Case No. 1:05-mj-00042<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed January 24, 2006,* on the dates indicated below:

*U.S. Attorney's Office*   *Cynthia Ecube*   *U.S. Probation Office*   *U.S. Marshals Service*
*January 25, 2006*          *January 25, 2006*   *January 25, 2006*          *January 25, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order filed January 24, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 25, 2006                                    /s/ Marilyn B. Alcon
                                                                      Deputy Clerk